**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00271-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE SOSA-BANEGAS,
    a/k/a Ray Norman Gonzales,
    a/k/a Jose Gorge Andredaz-Gomez,
    a/k/a Jose Gorge Gomez,
    a/k/a Carlos Roberto Lopez,
    a/k/a Ray N Gonzalez,
    a/k/a Ray Norman Gonzalez-Banega,
    a/k/a Marvin Alexi Banegas,

    Defendant.

## MINUTE ORDER[1]

At the oral request of the parties, the change of plea hearing set for Friday, August 3, 2012, is **VACATED** and is **CONTINUED** to **October 26, 2012**, at 9:00 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for the change of plea hearing.

Dated: July 31, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.